# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Leatrice L. Little, | ) | |
| Plaintiff | ) | |
| | ) | Case No.: _____ |
| v. | ) | |
| | ) | **COMPLAINT** |
| Cape Girardeau, Missouri, Police | ) | 1. Causing Emotional Distress |
| Department; Bill McHughes, Detective, | ) | 2. Discrimination |
| B.J. Lincecum, Hypnotist, et al. | ) | 3. Defamation/Slander and Libel |
| Defendants. | ) | |

1. Plaintiff Leatrice L. Little makes these allegations against the Cape Girardeau Police Department et al.

## Jurisdiction and Venue

2. This Court has jurisdiction over all causes of action asserted herein.
3. This Court has jurisdiction over the Defendants because all are Missouri residents.
4. Venue is proper because the causes of action stated herein arose in this judicial district. Venue is further proper in this Court because:
   (a) All the actions were performed in this state;
   (b) Defendants reside in this state;
   (c) Plaintiff is ignorant of all the names and capacities of Defendants pleading general agency.

## Count #1

A gross miscarriage of justice has transpired and the Plaintiff has evidence to support this assertion and will prove that this miscarriage of justice has caused detrimental distress and that

1

these acts of careless behavior were reckless, purposely, knowingly, negligently committed and unconstitutional.

Ignorance legis non excusat . . . Ignorantia juris non excusat.

### Count #2

The Plaintiff will present evidence in court that proves that these Defendants deceived a jury by using racially charged, fabricated and discriminatory evidence.

### Count #3

The Plaintiff will present evidence to support that these acts has caused the Plaintiff severe emotional, social and financial distress, and that these acts support the Plaintiff assertions of defamation both slander and libel.

A trial will expose extremely high profile characters and actors involved in this miscarriage of justice and it is therefore that this Plaintiff will ask a jury to award One Billion Dollars ($1,000,000,000) for each year that these Defendants caused the Plaintiff to be held as a captive, for a total of 6.3 Billion Dollars ($6,300,000,000).

The Plaintiff is expressing his constitutional right under the First Amendment to file grievance.

Dated 12-1-2020                                  Signed _____

Leatrice L. Little

7925 Martys Drive

St. Louis, Missouri  63123

lsttlittle@sbcglobal.net

(314) 918-7262